IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

No. 4:08-CR-00027-F-1
No. 4:16-CV-00181-F

CHRISTOPHER JERROD EPPS,            )
            Petitioner,             )
                                    )
    v.                              )          O R D E R
                                    )
UNITED STATES OF AMERICA,           )
            Respondent.             )

The motion [DE-32 ] Christopher Jerrod Epps filed to vacate, set aside, or correct his

sentence pursuant to 28 U.S.C. § 2255, received on June 27, 2016, does not substantially follow

the form appended to the Rules Governing Section 2255 Proceedings, and therefore, it is not in

compliance with Rule 2(c) of the Rules Governing Section 2255 Proceedings and Local Civil

Rule 81.2 of this court. The Clerk is DIRECTED to send a copy of the appropriate form to Epps.

Epps must complete the form in its entirety, sign it under penalty of perjury (or a person

authorized by Epps, such as an attorney, may sign it) and file the original with the Clerk of this

court.

**Epps is DIRECTED to return the form, in accordance with these instructions,**

**within fourteen (14) days from the filing of this order. Failure to do so may result in the**

**dismissal of this action or the striking of the motion.**

Send the original of the completed § 2255 form to the following[1]:

Clerk of Court
United States District Court, E.D.N.C.
ATTN: Prisoner Litigation Division
P.O. Box 25670
Raleigh, NC 27611

---

[1] A copy of the completed § 2255 motion will be forwarded to the United States Attorney.

Epps asserts challenges based on *Johnson v. United States*, 135 S. Ct. 2551 (2015), and

he previously qualified for appointed counsel. Therefore, pursuant to Standing Order

No. 15-SO-2 (E.D.N.C. Oct. 16, 2015), the Office of the Federal Public Defender is appointed to

represent Epps to determine if he may qualify for post-conviction relief.

SO ORDERED.

This 2 9 day of June, 2016.

James C. Fox
JAMES C. FOX
SENIOR UNITED STATES DISTRICT JUDGE

2